LILLIAN N. NALL et al., Appellants, v ESTATE OF DAWN POWELL, Deceased, et al., Respondents, et al., Defendants.

Submitted November 13, 2012; decided January 8, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of the motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL HERNANDEZ, Also Known as HAZE, Appellant.

Submitted December 17, 2012; decided January 8, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY S. PIGNATARO, Appellant.

Submitted December 10, 2012; decided January 8, 2013

Motion for assignment of counsel granted and Charles J. Greenberg, Esq., 3840 East Robinson Road, Amherst, New York 14228-2001 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN P. THOMAS, Appellant.

Submitted December 24, 2012; decided January 8, 2013

Motion for assignment of counsel granted and Jerome K. Frost, Esq., 287 North Greenbush Road, Troy, New York 12180 assigned as counsel to the appellant on the appeal herein.